[901 NE2d 752, 873 NYS2d 258]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIONIS COLLADO, Appellant.

Decided December 18, 2008

**APPEARANCES OF COUNSEL**

*Center for Appellate Litigation*, New York City (*Bruce D. Austern* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Paula-Rose Stark* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be modified to the extent of remitting this matter to Supreme Court for resentencing, and otherwise affirmed.

Because Supreme Court failed to pronounce the term of defendant's mandatory postrelease supervision in his presence, this matter must be remitted to Supreme Court for a resentencing proceeding (*see People v Sparber,* 10 NY3d 457, 469-471 [2008]). We have considered defendant's remaining arguments, concerning the propriety of his arrest, and conclude that they are meritless.

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified by remitting to Supreme Court, New York County, for resentencing and, as so modified, affirmed, in a memorandum.